18 So.2d 878

**Elvin BARRETT v. STATE.**

3 Div. 860.

Court of Appeals of Alabama.
May 16, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

19 So.2d 851

**Claude BATES v. A. W. JOHNSON.**

6 Div. 120.

Court of Appeals of Alabama.
Oct. 31, 1944.

BRICKEN, Presiding Judge.
Appeal dismissed.

13 So.2d 895

**Ellis BATEY v. STATE.**

8 Div. 325.

Court of Appeals of Alabama.

Feb. 16, 1943.

Application for Rehearing Stricken

March 2, 1943.

H. H. Hamilton, of Russellville, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 113

**Ellis BATEY v. STATE.**

8 Div. 390.

Court of Appeals of Alabama.
Feb. 8, 1944.
Rehearing Denied March 21, 1944.

H. H. Hamilton, of Russellville, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

18 So.2d 114

**Ranzy BATY v. STATE.**

8 Div. 399.

Court of Appeals of Alabama.
April 11, 1944.

H. H. Hamilton, of Russellville, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

17 So.2d 183

**Ovin Marvin BEARDEN v. STATE.**

5 Div. 180.

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.